UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Glenn Nelson,

       Plaintiff,

vs.                                               ORDER

Grand Forks County, et al.,          Civ. No. 18-1048 (MJD/LIB)

       Defendants.

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, with no objections being filed to said Recommendation and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS ORDERED:**

1.     This action is **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. §1915(e)(2)(B); and

2. Plaintiff's application to proceed in forma pauperis [Docket No. 2] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 7, 2018     s/ Michael J. Davis
                             Michael J. Davis
                             United States District Court